# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| ProLogic Inc. | ) ASBCA No. 60445 |
| | ) |
| Under Contract No. FA8726-06-C-0005 *et al.* | ) |

APPEARANCE FOR THE APPELLANT:  Keith L. Baker, Esq.
              Baker, Cronogue, Tolle & Werfel, LLP
              McLean, VA

APPEARANCES FOR THE GOVERNMENT:  E. Michael Chiaparas, Esq.
              DCMA Chief Trial Attorney
              Kara M. Klaas, Esq.
              Trial Attorney
              Defense Contract Management Agency
              Chantilly, VA

## ORDER OF DISMISSAL

This appeal has settled, and by motion filed on June 20, 2018, appellant moved for dismissal of the appeal with prejudice. Accordingly, this appeal is dismissed from the Board's docket with prejudice.

Dated: June 25, 2018

J. REID PROUTY
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60445, Appeal of ProLogic Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals